**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Kenneth Horn,

      Plaintiff,

          v.                          Case No.  1:13cv610

Commissioner of Social Security,          Judge Michael R. Barrett

      Defendant.

<u>**ORDER**</u>

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 17, 2014 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 19) of the Magistrate Judge is hereby **ADOPTED.**

The decision by the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) consistent with the recommendation by the Magistrate Judge. Specifically, the Administrative Law Judge should carefully reevaluate: a) the weight given to the medical opinions; b) the effect of

1

Plaintiff's obesity; and c) reevaluation the findings for the B criteria relative to Plaintiff's psychiatric impairment.

**IT IS SO ORDERED.**

_____*s/Michael R. Barrett*_____
Michael R. Barrett
United States District Judge